# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

CLARENCE ALVIN WILLIAMS,

    Petitioner,

v.                                                      CASE NO. 1:15-cv-00192-MP-CAS

STATE OF FLORIDA,

    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 16, 2015. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 4, is ADOPTED and incorporated herein.

2. This cause is TRANSFERRED to the United States District Court for the Middle District of Florida for all further proceedings.

**DONE AND ORDERED** this  _20th_  day of October, 2015

                                                   *s/Maurice M. Paul*
                                          Maurice M. Paul, Senior District Judge